## Thomas Durfee vs. Elisha Salter, 1751

Mar Howard J<sup>r</sup> for Resp<sup>t</sup>

Colony of Rhode I<sup>D</sup> etc   At a Court of Vice Admiralty Held at Newport in the Colony afores<sup>d</sup> on Thursday the Fifth of September An: Dom. 1751

Present the Honble Sam<sup>ll</sup> Wickham Esq<sup>r</sup> Deputy Judge.

The Court being opened.